---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an
amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Ostendo Technologies, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-3573619 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **Campus@ Warner Center** **21255 Burbank Blvd.** **Suite 120** **Woodland Hills, CA 91367** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Ostendo Technologies, Inc. | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

Debtor    **Ostendo Technologies, Inc.**                                Case number *(if known)* _____
_____
Name

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in**
    **this district?**          *Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**       ■ **No**
    **have possession of any**
    **real property or personal**   ☐ **Yes.**    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**

     **Why does the property need immediate attention?** (*Check all that apply.*)

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?** _____

          Number, Street, City, State & ZIP Code

     **Is the property insured?**

     ☐ No

     ☐ Yes.    Insurance agency _____

            Contact name _____

            Phone _____

███   **Statistical and administrative information**

**13.** **Debtor's estimation of**        .    *Check one:*
    **available funds**

     ■ Funds will be available for distribution to unsecured creditors.

     ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**
    **creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Ostendo Technologies, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 24, 2025**
                MM / DD / YYYY

X _____          **Barak Bussel**
Signature of authorized representative of debtor     Printed name

Title     **Chairman of the Board**

**18. Signature of attorney**

X _____          Date     **June 24, 2025**
Signature of attorney for debtor                           MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone     **(310) 229-1234**          Email address     **rb@lnbyg.com**

**143364 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name        **Ostendo Technologies, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 24, 2025**        X _____
                                             Signature of individual signing on behalf of debtor

                                             **Barak Bussel**
                                             Printed name

                                             **Chairman of the Board**
                                             Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Ostendo Technologies, Inc.** | |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MENTOR GRAPHICS PO Box 3912 Carol Stream IL 60132-3912** | | | | | | **$1,918,050.00** |
| **NEXTMED III OWNER, LLC Solomon Ward Seidenwurm & Smith LLP** | | | | | | **$611,527.00** |
| **SDG&E - Yarrow 6583 PO Box 25111 Santa Ana CA 92799-5111** | | | | | | **$493,657.00** |
| **Moran Bar-Kochva 15 Cranberry St Apt 202 Brooklyn NY 11201-1674** | | | | | | **$300,000.00** |
| **Adesanya, Joseph 2152 Silverado Street San Marcos CA 92078** | | | | | | **$260,304.00** |
| **Hsu, Tseng-Yang 1820 San Marino Ave San Marino CA 91108** | | | | | | **$255,546.00** |
| **Friesen, James Harold 2532 Navarra Dr Unit A Carlsbad CA 92009** | | | | | | **$255,045.00** |
| **Kisin, Mikhail 2054 Mountain Vista Way Oceanside CA 92054** | | | | | | **$237,740.00** |

Debtor  **Ostendo Technologies, Inc.**                                    Case number *(if known)*  _____
_____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Armanino LLP PO Box 206700 Dallas TX 75320-6700** | | | | | | **$212,000.00** |
| **FIRST INSURANCE FUNDING PO Box 7000 Carol Stream IL 60197-7000** | | | | | | **$210,616.00** |
| **THE HUNTINGTON NATIONAL BANK 1405 Xenium Lane N (PCC180) Plymouth MN 55441** | | | | | | **$208,000.00** |
| **Friedman LLP 601 ROUTE 73 NORTH MARLTON NJ 08053** | | | | | | **$203,312.00** |
| **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND PO Box 4539 Boston MA 02212-4539** | | | | | | **$200,937.00** |
| **Tran, Harry 6732 Whitesail St Carlsbad CA 92011** | | | | | | **$197,304.00** |
| **Buonassisi, Vincent 13015 Lemon Pine Court San Diego CA 92129** | | | | | | **$193,965.00** |
| **Li, Lin 2341 Masters Road Carlsbad CA 92008** | | | | | | **$193,821.00** |
| **Wali, Rahman 2226 Via Subria Vista CA 92084** | | | | | | **$181,072.00** |
| **SHARTSIS FRIESE One Maritime Plaza 18th Floor San Francisco CA 94111-3598** | | | | | | **$179,820.00** |
| **HAO INT'L GROUP LIMITED 1070A Sunflower Tower No. 37 Maizidian S Chaoyang District Beijing 100026 PRC** | | | | | | **$173,172.00** |
| **Pitchumani, Mahesh 2724 Waterbury Way Carlsbad CA 92010** | | | | | | **$166,807.00** |

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Ron Bender 143364**
**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
**(310) 229-1234 Fax: (310) 229-1244**
California State Bar Number: **143364 CA**
**rb@lnbyg.com**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

In re:

**Ostendo Technologies, Inc.**

CASE NO.:

CHAPTER: **11**

## VERIFICATION OF MASTER
## MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __24__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:

**June 24, 2025**

Ostendo Technologies, Inc.
By: Barak Bussel, Chairman of the Board

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                **F 1007-1.MAILING.LIST.VERIFICATION**

Ostendo Technologies, Inc.
Campus Warner Center
21255 Burbank Blvd.
Suite 120
Woodland Hills, CA 91367


Ron Bender
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034


U.S. Trustee San Fernando Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017


7258534 Canada Inc.
145 Royal Crest Court Suite 33
Markham Ontario L3R 9Z4 Canada


Adesanya, Joseph
2152 Silverado Street
San Marcos CA 92078


AIRGAS USA
PO Box 102289
Pasadena CA 91189-2289


Alford, MeCopius


ALLSTAR WATER SYSTEMS
7360 Trade St Suite B
San Diego CA 92121

AO REED & CO
4777 Ruffner St
San Diego CA 92111


Armanino LLP
PO Box 206700
Dallas TX 75320-6700


Armanino LLP
PO Box 206700
Dallas TX 75320-6700


AT&T - 7956
PO BOX 5019
CAROL STREAM IL 60197-5019


AT&T - 8632 ASTON
PO BOX 5025
Carol Stream IL 60197-5025


AT&T - 8876
PO Box 5019
Carol Stream IL 60197-5019


AT&T - 9190
PO Box 5025
Carol Stream IL 60197-5025


Atash Ventures, LLC
907 Westwood Blvd.
Suite 404
Los Angeles, CA 90024

Azartash, Mahmoud


Batinica, Gregory


Bethany A Noble
1500 E 15th Street
Georgetown TX 78626


Board Shark PCB
2808C NE 65th Ave Suite C
Vancouver WA 98661


BOWEN TAX
320 Legion Dr Suite C
Eastman GA 31023


Boyd, William
9460 Tropico Dr
La Mesa CA 91941


Brad Bucher
14415 Twisted Oak Lane
Houston TX 77079


Bridge Tronic
1360 Reynolds Suite 102
Irvine CA 92614

Buonassisi, Vincent
13015 Lemon Pine Court
San Diego CA 92129


Carlsbad Police Department - Alarm Unit
DEPT LA 25484
Pasadena CA 91185-5484


Ceran, Laila
1413 Cressa Ct
Carlsbad CA 92009


Chang, Chih-Yuan


CHEM PRO LABORATORY
941 W 190th St
Gardena CA 90248-4398


Chen, Qian


Chuang, Chih Li
10745 Cherry Hill Dr
San Diego CA 92130


Chuck El-Ghoroury
506 Village Center Dr
Encinitas CA 92024

CIGNA
5476 Collections Center Dr
Chicago IL 60693


CITY OF CARLSBAD - ASTON
PO Box 9009
Carlsbad CA 92018-9009


COMPUTER PACKAGES
11 N Washington St Suite 300
Rockville MD 20850


Cota, Paul


CRESTMARK EQUIP FINANCE
P.O. Box 2337563756
Momentum Place Chicago IL 60689-5337


David Behzadi
2658 E Brown St.
Phoenix, AZ 85028


DELAWARE DIVISION OF CORPORATIONS
PO Box 5509
Binghamton NY 13902-5509


Demille, Natalie

E&E ELECTRONIC ENGINEERING
12346 Valley Blvd Suite E
El Monte CA 91732


El-Ghoroury, Charles


El-Ghoroury, Gloria
7275 Spoonbill Ln
Carlsbad CA 92011


El-Ghoroury, Hussein S
7275 Spoonbill Ln
Carlsbad CA 92011


Elgoroury, Amany
7275 Spoonbill Ln
Carlsbad CA 92011


Elliott Ostrander & Preston PC
Union Bank Tower 707 SW Washington Stree
Portland OR 97205-3532


Entrepix, Inc.
4717 East Hilton Avenue Suite 200
Phoenix AZ 85034


EXPLORE TEAM 2050
10425 Ilona Ave
Los Angles CA 90064

Fast Radius, LLC
113 N May St
Chicago IL 60607


FEDEX - 6536
PO Box 7221
Pasadena CA 91109-7321


FIRST INSURANCE FUNDING
PO Box 7000
Carol Stream IL 60197-7000


FRANCHISE TAX BOARD - OSI
PO Box 942857
Sacramento CA 94257-0531


Frank Lee
5052 Chateau Circle
Irvine CA 92604


Friedman LLP
601 ROUTE 73
NORTH MARLTON NJ 08053


Friesen, James Harold
2532 Navarra Dr Unit A
Carlsbad CA 92009


Garcia Hong Law APC
10680 Treena St.
Suite 160
San Diego, CA 92131

Ghodsian, Bahram


Gholamrezaie, Nozar


H Partners I LP
411 N. Oakhurst Dr.
Suite 410
Beverly Hills, CA 90210


HAO INT'L GROUP LIMITED
1070A Sunflower Tower No. 37 Maizidian S
Chaoyang District Beijing 100026 PRC


Hawthorne Cat
16945 Camino San Bernardo
San Diego CA 92127


Hoang, Hieu


Hsu, Tseng-Yang
1820 San Marino Ave
San Marino CA 91108


Huang, Hsin Hsiung

Inpixon
8123 InterPort Blvd Suite C
Englewood CO 80112


IPFS Corporation of California  Commerci
PO Box 412086
Kansas City MO 64141-2086


IPFS Corporation of California  General
PO Box 412086
Kansas City MO 64141-2086


IRS
801 Civic Center Drive
W Santa Ana CA 92701


Ivantsov, Vladimir A


Jackson Lewis
225 Broadway Suite 1800
San Diego CA 92101


James Bucher
9446 Dubuque St
Norwalk IA 50211


John Bonesio
14480 Colter Way
Magalia CA 95954

John Douglas Pierce
2455 Antlers Way
San Marcos CA 92078


Johnson Controls Security Solutions
Dept. CH 10320
Palatine IL 60055-0320


Joseph Gatto
TD Canada Trust 781 Mohawk Road
West ON L9C 7B7 Canada


Kim, Min Soo


Kim, Seongsoo
2554 West Ranch St Apt 203
Carlsbad CA 92010


Kisin, Mikhail
2054 Mountain Vista Way
Oceanside CA 92054


Klapoetke-Reese, John


Konica Minolta
PO BOX 100706
PASADENA CA 91189-0706

Krishnamoorthi, Shalini


LA COUNTY TAX COLLECTOR
PO Box 54027
Los Angeles CA 90054-0027


Lam, Cao


Lam, Keith


Lam, Kenny


Lapoint, Larry


Law Office of John D Ott, P.C.
3020 Old Ranch Parkway Suite 300
Seal Beach CA 90740


Le, Huynh

Lee, Frank


Li, Lin
2341 Masters Road
Carlsbad CA 92008


Liao, Hsin Chang


LINDE GAS & EQUIPMENT, INC
Dept LA 21511
Pasadena CA 91185-1511


Liu, Yong


Mamedov, Denis
1281 9th Ave Unit 1619
San Diego CA 92101-4669


MATHESON TRI-GAS
Dept 3028 PO Box 123028
Dallas TX 75312-3028


McDowall, Jason
415 E Maple Ave
El Segundo CA 90245-2423

McKinley, David


McNeill, Dale


Mendoza Almaguer, Josue


MENTOR GRAPHICS
PO Box 3912
Carol Stream IL 60132-3912


Millan, Brandon
535 Ocean Avenue 10-B
Santa Monica CA 90402


MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
PO Box 4539
Boston MA 02212-4539


MKS INSTRUMENTS
PO Box 3553
Boston MA 02241-3553


MOHAMMAD NOUROOZIAN
10661 Briarlakewoods Dr
San Diego CA 92130

Moran Bar-Kochva
15 Cranberry St Apt 202
Brooklyn NY 11201-1674

National Air & Energy
2053 Kurtz Street
San Diego CA 92110

NEXTMED III OWNER, LLC
Solomon Ward Seidenwurm & Smith LLP

NEXTMED III OWNER, LLC
Solomon Ward Seidenwurm & Smit

Nguyen, Billy

Nguyen, Scott

Nguyencuu, Dung

Nouryon Functional Chemicals LLC
100 Matsonford Road Building 1 Suite 500
Radnor PA 19087

Nouryon/AKZONOBEL
PO Box 742582
Atlanta GA 30374-2582

Parikh, Rohil

Park, Jeong Hyuk

PARKS COFFEE CALIFORNIA
PO Box 110914
Carrollton TX 75011-0914

Patsnap UK LTD
Building 3 Chiswick Business Park 566 Ch
W4 5YA London UK

Pentagram Design, Inc
250 Park Avenue
South New York NY 10003

Phamvu, Steven

Pierce, John Douglas
2455 Antlers Way
San Marcos CA 92078

Pitchumani, Mahesh
2724 Waterbury Way
Carlsbad CA 92010


PLAN MANAGEMENT CORP   PMC
1001 Conshohhocken State Road Suite 600
West Conshohocken PA 19428


Podlesnik, James



Principal Life Insurance Company
PO Box 77202
MINNEAPOLIS MN 55480-7200


PROSPERA LAW, LLP
1901 Avenue of Stars Suite 480
Los Angeles CA 90067


PRUDENTIAL CLEANROOM SERVICES
PO Box 11210
Santa Ana CA 92711-1210


PURETEC INDUSTRIAL WATER
3151 Sturgis Rd
Oxnard CA 93031-5387


RAF PACIFICA GROUP
315 S Coast Hwy Ste U-12
Encinitas CA 92024

Ramachandran, Mahadevan


Razi, Babak Cyrus
11 Shoreline
Newport Coast CA 92657


Republic Services
PO Box 78829
Phoenix, AZ 85062


RIF III   Yarrow Drive II, LLC
8930 Activity Road Suite H
San Diego CA 92126


Ringo Chong
145 Royal Crest Court, SUite 33
Markham Ontario L3R 9Z4 Canada


Rite Track Equipment Services, Inc.
8655 Rite Track Way
West Chester OH 45069


Roe, Lucia
TBA


Rowen Innovations, LLC
411 North Oakhurst Dr., Suite 410
Beverly Hills, CA 90210

```
RPM Fast
4279 Roswell Rd NE Suite 208 #166
Atlanta GA 30342


SAN DIEGO BUILDING MAINTENANCE
PO Box 3411
Vista CA 92085-3411


SAN DIEGO COUNTY - PROPERTY TAX
PO Box 129009
San Diego CA 92112


SBA COVID-19 Economic Injury D
PO Box 156059
 Fort Worth, TX 76155-2243


SDG&E - Aston 0709
PO Box 25111
Santa Ana CA 92799-5111


SDG&E - Paseo 0655
PO Box 25111
Sanat Ana CA 92799-5111


SDG&E - Paseo 6076
19087
Radnor
PA


SDG&E - Paseo 8512
PO Box 25111
Santa Ana CA 92799-5111
```

SDG&E - Yarrow 5970
PO Box 25111
Santa Ana CA 92799-5111


SDG&E - Yarrow 6583
PO Box 25111 Santa Ana CA 92799-5111


SHALINI KRISHNAMOORTHI
10527 Caminito Alvarez
San Diego CA 92126


SHARTSIS FRIESE
One Maritime Plaza 18th Floor
San Francisco CA 94111-3598


SHEA CENTER WALNUT
DEPT LA 23921
Pasadena CA 91185-3921


Shern Yeong Precise Optical CO., LTD
No.315 Siangjhong Rd
Dongcheng Village Dongshan Township Yila


Shi, Cunguo


Shi, Xiaohong

SIANA SYSTEMS, LLC
8979 Carley Circle
San Diego CA 92126


SOCALGAS - THE GAS CO
PO Box C
Monterey Park CA 91756-5111


Solorzano, Oscar


SOUTHERN CALIFORNIA EDISON
PO Box 300
Rosemead CA 91772-0001


Sylvester, Rachel


Tan, Chih-Hsi


Tang, Weilong


Thai, James

THE HUNTINGTON NATIONAL BANK
1405 Xenium Lane N  PCC180
Plymouth MN 55441


The Watts Law Firm, P.C.
10810 Katy Fwy
Suite 102
Houston, TX 77043


TIME WARNER CABLE/SPECTRUM
PO Box 60074
City of Industry CA 91716-0074


Tran, Aaron


Tran, Harry
6732 Whitesail St
Carlsbad CA 92011


Tran, Travis


Transamerica Employee Benefits
6400 C STREET SW 955
CEDAR IA 52499


UCLA California NanoSystems Inst  CNSI /
570 Westwood Plaza Bldg 114 Rm 6333
Los Angeles CA 90095-7227

UNITEDHEALTHCARE BENEFITS SERVICES/COBRA
PO Box 712748
Cincinnati OH 45271-2748


Versum Materials US, LLC/EMD
PO Box 22920
New York NY 10087-2920


Wali, Rahman
2226 Via Subria
Vista CA 92084


Wang, Dapeng


Wang, Guang-Ru


Wells Fargo Credit Card
PO Box 6995
Portland OR 97228-6995


Winston & Strawn LLP
35 W Wacker Drive
Chicago IL 60601


Wire Only - CHINA PATENT AGENT HK LTD
Patent Agent  H.K.  Ltd 22/F Great Eagle
China Wanchai Hong Kong

Wire Only - IPHORIZONS PLLC
5th Floor Beta Block #7 Sigma Soft Tech
Opp Varthur Kodi Ramagondanahalli Bangal


Wire Only - SHINSUNG Patent Firm, LLC
Songpa PO Box 166
Korea Seoul 05661


Wire Only - YAMAKAWA INTL PATENT OFFICE
Sanno Park Tower 11-1
Nagatacho 2 Chiyodaku Japan


Wire Only - ZENZ PATENTANWALTE
Gutenbergstr. 39 D-45128
Essen Germany


Xie, Fengchao
TBA


Yang, Su-Lin
947 Mimosa Ave
Vista CA 92081


YEA-CHUAN YEH
1454 Princeton St #4
Santa Monica CA 90404


Yeh, Yea-Chuan

Young, Aaron

Young, Frank

Zhang, Fengyan

Zhang, Guangying

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## OSTENDO TECHNOLOGIES, INC. AUTHORIZING CHAPTER 11 BANKRUPTCY
## FILING

The following resolutions were duly enacted by the Board of Directors (the "***Board***") of Ostendo Technologies, Inc., a California corporation (the "***Corporation***"), at a meeting of the Board held on June 22, 2025, and the same shall remain in full force and effect, without modification, unless and until the Board adopts a further resolution to the contrary:

**RESOLVED** that it is advisable and in the best interests of the Corporation to file a voluntary bankruptcy petition under chapter 11 of 11 U.S.C. §§ 101-1532 (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division (the "***Bankruptcy Court***");

**RESOLVED FURTHER**, that Barak Bussel (the "***Responsible Party***") and anyone designated by the Responsible Party, is hereby authorized to execute and cause to be filed a chapter 11 bankruptcy petition (and all related documents and papers) under the Bankruptcy Code to enable the Corporation to commence a chapter 11 bankruptcy case under the Bankruptcy Code (the "***Bankruptcy Case***");

**RESOLVED FURTHER** that the Responsible Party shall serve as the designated officer of the Company during its chapter 11 bankruptcy case;

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized, in the name of the Corporation, to employ the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. as bankruptcy counsel to the Corporation for purposes of filing the Chapter 11 bankruptcy petition and representing the Corporation in the Bankruptcy Case;

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized to employ, in the name of the Corporation, any other professionals to represent or assist the Corporation in connection with the Bankruptcy Case that the Responsible Party deems to be in the best interests of the Corporation;

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized on behalf of and in the name of the Corporation to execute and file and to cause counsel to the Corporation to prepare with the assistance of the Corporation as appropriate all petitions, schedules, lists and other papers, documents and pleadings and to take any and all action which the Responsible Party deems necessary and proper in connection with the Bankruptcy Case; and

**RESOLVED FURTHER**, that the authority granted to the Responsible Party pursuant to the foregoing resolutions to cause the Corporation to take further actions in connection with the Bankruptcy Case shall include, but not be limited to, seeking Bankruptcy Court approval for the Corporation to use any cash collateral and executing any agreements related to any of the foregoing; entering into or

continuing with agreements; terminating, altering or amending agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and others; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing, defending and settling litigation involving the Corporation; marketing the Corporation's assets for sale and consummating the sale of all or substantially all of the Corporation's assets for the most money possible; and formulating, filing and seeking to confirm a plan of reorganization to maximize the recovery for creditors and other interest holders.

**RESOLVED FURTHER**, that the omission from these resolutions of any agreement, document or other instrument contemplated by any of the transactions described in the foregoing resolutions or of any action to be taken in accordance with any requirement of any of the agreements, documents or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Responsible Party to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done and all actions taken by the Responsible Party on behalf of the Corporation in connection with the transactions contemplated by the foregoing resolutions are adopted and approved as acts by and on behalf of the Corporation.

Dated: June 22, 2025

_____
Barak Bussel, Chairman of the Board of Directors, Interim CEO and Interim CFO


_____
Babak Cyrus Razi, Director and Secretary


_____
David Behzadi, Director


_____
Dean Zhao, Director

continuing with agreements; terminating, altering or amending agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and others; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing, defending and settling litigation involving the Corporation; marketing the Corporation's assets for sale and consummating the sale of all or substantially all of the Corporation's assets for the most money possible; and formulating, filing and seeking to confirm a plan of reorganization to maximize the recovery for creditors and other interest holders.

**RESOLVED FURTHER**, that the omission from these resolutions of any agreement, document or other instrument contemplated by any of the transactions described in the foregoing resolutions or of any action to be taken in accordance with any requirement of any of the agreements, documents or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Responsible Party to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done and all actions taken by the Responsible Party on behalf of the Corporation in connection with the transactions contemplated by the foregoing resolutions are adopted and approved as acts by and on behalf of the Corporation.

Dated: June 22, 2025

_____
Barak Bussel, Chairman of the Board of Directors, Interim CEO and Interim CFO

_____
Babak Cyrus Razi, Director and Secretary

_____
David Behzadi, Director

_____
Dean Zhao, Director

continuing with agreements; terminating, altering or amending agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and others; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing, defending and settling litigation involving the Corporation; marketing the Corporation's assets for sale and consummating the sale of all or substantially all of the Corporation's assets for the most money possible; and formulating, filing and seeking to confirm a plan of reorganization to maximize the recovery for creditors and other interest holders.

**RESOLVED FURTHER**, that the omission from these resolutions of any agreement, document or other instrument contemplated by any of the transactions described in the foregoing resolutions or of any action to be taken in accordance with any requirement of any of the agreements, documents or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Responsible Party to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done and all actions taken by the Responsible Party on behalf of the Corporation in connection with the transactions contemplated by the foregoing resolutions are adopted and approved as acts by and on behalf of the Corporation.

Dated: June 22, 2025

_____
Barak Bussel, Chairman of the Board of Directors, Interim CEO and Interim CFO


_____
Babak Cyrus Razi, Director and Secretary


_____
David Behzadi, Director


_____
Dean Zhao, Director

continuing with agreements; terminating, altering or amending agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and others; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing, defending and settling litigation involving the Corporation; marketing the Corporation's assets for sale and consummating the sale of all or substantially all of the Corporation's assets for the most money possible; and formulating, filing and seeking to confirm a plan of reorganization to maximize the recovery for creditors and other interest holders.

**RESOLVED FURTHER**, that the omission from these resolutions of any agreement, document or other instrument contemplated by any of the transactions described in the foregoing resolutions or of any action to be taken in accordance with any requirement of any of the agreements, documents or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Responsible Party to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done and all actions taken by the Responsible Party on behalf of the Corporation in connection with the transactions contemplated by the foregoing resolutions are adopted and approved as acts by and on behalf of the Corporation.

Dated: June 22, 2025

_____
Barak Bussel, Chairman of the Board of Directors, Interim CEO and Interim CFO


_____
Babak Cyrus Razi, Director and Secretary


_____
David Behzadi, Director


_____
Dean Zhao, Director