RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM

Attorneys for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>OSTENDO TECHNOLOGIES, INC.,<br>a California corporation,<br><br>      Debtor and Debtor in Possession | Case No.: 1:125-bk-11111-VK<br><br>Chapter 11 Case<br><br>**DEBTOR'S SUBMISSION OF PROPOSED SUPPLEMENT TO DISCLOSURE STATEMENT DESCRIBING DEBTOR'S CHAPTER 11 PLAN (DATED APRIL 10, 2026)**<br><br><u>Disclosure Statement Hearing</u>:<br>DATE:     May 20, 2026<br>TIME:     1:00 p.m.<br>PLACE:   Courtroom 301<br>           21041 Burbank Blvd.<br>           Woodland Hills, CA 91367 |

Ostendo Technologies, Inc., the debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Debtor") hereby submits as **Exhibit 1** to this Submission, the Debtor's proposed *Supplement To Disclosure Statement Describing Debtor's Chapter 11 Plan (Dated April 10, 2026)* which the Debtor requests the Court to approve as a supplement to the Debtor's *Disclosure Statement Describing Debtor's Chapter 11 Plan (Dated April 10, 2026)*.

Dated: May 15, 2026

OSTENDO TECHNOLOGIES, INC.

By:  */s/ Krikor J. Meshefejian*
      RON BENDER
      KRIKOR J. MESHEFEJIAN
      LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
      Counsel for Chapter 11 Debtor and Debtor in Possession

1

# EXHIBIT "1"

RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM

Attorneys for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>OSTENDO TECHNOLOGIES, INC.,<br>a California corporation,<br><br>     Debtor and Debtor in Possession | Case No.: 1:125-bk-11111-VK<br><br>Chapter 11 Case<br><br>**SUPPLEMENT TO DISCLOSURE STATEMENT DESCRIBING DEBTOR'S CHAPTER 11 PLAN (DATED APRIL 10, 2026)**<br><br>Plan Confirmation Hearing:<br>DATE:     July 29, 2026<br>TIME:     1:00 p.m.<br>PLACE:   Courtroom 301<br>           21041 Burbank Blvd.<br>           Woodland Hills, CA 91367 |

This document constitutes a Supplement to the Disclosure Statement describing the Debtor's Chapter 11 Plan (Dated April 10, 2026) filed by Ostendo Technologies, Inc., the debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Debtor").  The Bankruptcy Court has approved the Disclosure Statement accompanying this Supplement and this Supplement as containing enough information to enable parties affected by the Plan to make an informed judgment about the Plan.  Any party can now solicit votes for or against the Plan.

This Supplement provides information and disclosures pertaining to the identity of the Liquidating Trustee the Debtor has proposed to appoint under the Plan.  The Debtor proposes to appoint David K. Gottleib of D. Gottlieb & Associates, LLC, as the Liquidating Trustee of the Liquidating Trust to be created under the Plan, under the terms of the Liquidating Trust Agreement, a proposed form of which is attached as **Exhibit C** to the Disclosure Statement.

1

Mr. Gottlieb is a certified public accountant and has served continuously as a panel trustee with the Central District of California (San Fernando Valley Division) since 1995. Mr. Gottlieb spent the majority of his professional career as a partner of Grobstein, Horwath & Company LLP (1989-2008), which was a very prominent regional accounting firm. He spent the following five years (December, 2008-April, 2014) as the partner in charge of the Bankruptcy and Insolvency Service Practice of Crowe Horwath after its combination with Grobstein, Horwath & Company LLP. In May, 2014, he went on his own and formed D. Gottlieb & Associates, LLC. Over these many years, He has served in a wide variety of capacities in both chapter 7 and chapter 11 cases, including as a trustee, examiner, interim officer, accountant, financial advisor, disbursing agent, Court's expert, estate representative and liquidating trustee under a chapter 11 plan. His complete professional resume is attached hereto as **Exhibit D.**

In connection with serving as Liquidating Trustee, Mr. Gottlieb has agreed to charge a discounted rate of $500 per hour (his customary hourly billing rate is $750) plus reimbursement of reasonable expenses, subject to an increase in the hourly rate charged with further Bankruptcy Court order. Additionally, Mr. Gottlieb understands and agrees that all fees and costs of the Liquidating Trust (and agents thereof) arising from or relating to pursuing litigation or causes of action or other services performed at the request of the Liquidating Trustee on behalf of the Liquidating Trust shall be paid as a first priority in right of distribution from the Liquidating Trust, subject to a cap of $75,000; provided, however, that the Liquidating Trustee may request from the Bankruptcy Court upon a showing of cause an increase in such cap.

Mr. Gottlieb was provided information regarding the Debtor and lists of the Debtor's creditors, shareholders, officers, directors and other parties in interest, which Mr. Gottlieb reviewed to determine whether he had any conflicts or connections with such parties. Mr. Gottlieb is not a creditor, an equity security holder or an insider of the Debtor. He is not and was not an investment banker for any outstanding security of the Debtor. He has not been an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor. He is not now nor ever before been a director, officer or employee of the Debtor. To the best of the Debtor's and Mr.

Gottlieb's knowledge, Mr. Gottlieb does not hold or represent any interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason.  To the best of the Debtor's and Mr. Gottlieb's knowledge, Mr. Gottlieb does not hold or represent any interest materially adverse to the Debtor or the Debtor's estate, and he is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.  Also, to the best of the Debtor's and Mr. Gottlieb's knowledge, other than as set forth hereinbelow, Mr. Gottlieb has no prior connection with the Debtor, any creditors of the Debtor or its estate, current or former officers or directors, or any other party in interest in this case, or their respective attorneys or accountants.

Mr. Gottlieb works often with the Debtor's bankruptcy counsel – Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), primarily in the context of where he is serving as a chapter 7 or chapter 11 trustee in a pending bankruptcy case, and LNBYG will serve as his counsel (in his capacity as the chapter 7 or chapter 11 trustee).  In other engagements, he will also periodically fill a financial advisory, disbursing agent, liquidating trustee or senior officer/representative role in a debtor representation of LNBYG.

Additionally, the Debtor has retained Sherwood Partners, Inc. ("Sherwood") to serve as the Debtor's sale agent and financial advisor.  Mr. Gottlieb has occasionally worked on bankruptcy cases with Sherwood and on Assignments for the Benefit of Creditors where an affiliate of Sherwood is serving as the Assignee.

Dated: May 15, 2026                                OSTENDO TECHNOLOGIES, INC.


By:   */s/ Krikor J. Meshefejian*
          RON BENDER
          KRIKOR J. MESHEFEJIAN
          LEVENE, NEALE, BENDER, YOO
          & GOLUBCHIK L.L.P.
          Counsel for Chapter 11 Debtor and
          Debtor in Possession

**EXHIBIT D**

# David K. Gottlieb, CPA, CFF

## Professional Summary

- D. Gottlieb & Associates, LLC – May 2014 – Present
  Managing Member

- Crowe Horwath, LLP –  December 2008 to April 2014

  Partner in charge of Bankruptcy and Insolvency Services unit.

- Grobstein, Horwath & Company LLP - 1989 to 2008

  Co-partner in charge of bankruptcy and litigation support departments

- BDO Seidman, San Francisco - April 1986 to August 1989

  Specialist in apparel and insolvency areas

- Laventhol & Horwath, San Francisco - October 1984 to April 1986

- Cohen, Graff & Company, San Francisco - December 1982 to October 1984

- Joseph S. Herbert & Company, New York - June 1980 to July 1982

## Experience

- Mr. Gottlieb  currently specializes in providing trustee and fiduciary services in bankruptcy and ,
  insolvency related matters.  In the past he provided bankruptcy, insolvency, litigation support and
  forensic accounting services to a wide variety of clients engaged in professional services,
  manufacturing, import/export, wholesale and retail sales, healthcare, hospitality, energy, real estate and
  various other industries

## Professional Affiliations

- Past Board Member of Los Angeles Bankruptcy Forum

- Member of the National Association of Bankruptcy Trustees

- Member of the American Bankruptcy Institute

- Member of the American Institute of Certified Public Accountants

- Member of the California Society of CPA's

-

## Education

- Graduated 1980 with a Bachelor of Science degree in Accounting from New York University.

## Publications and Speaking Engagements

- Commercial Finance Conference - Accounts receivable, fraud and inventory valuation

- BDO Seidman - National instructor, third year staff accountants

**Resume** David K. Gottlieb                                                                                    2

- Heller Financial - Seminar on use of financial statements

- Nations Bank - Seminar on prospective financial statements

- Manufacturers Bank - Seminar on inventory valuation and deferred taxes

- Heller Financial - Seminar on inventory

- Internal Revenue Service - Seminar on investigating illicit transactions

- National Association of Bankruptcy Trustees - Seminar on exemptions

- ABI- Battleground West panel member on post BAPCA healthcare cases

## Certifications and Credentials

- Certified Public Accountant (CPA)

- AICPA Certified Financial Forensics (CFF Credential)

## Bankruptcy and Litigation Support and Operational Experience

- Mr. Gottlieb currently specializes in providing trustee and fiduciary services in bankruptcy and insolvency matters and in the past provided   litigation support and forensic accounting services with emphasis on insolvency cases.  He currently serves as a Chapter 7 Panel Trustee for the Central District of California and as a Chapter 11 Trustee, both positions of which are appointed by the United States Trustee.

- Samples of insolvency and litigation consulting and operational services provided under Mr. Gottlieb's direction include:

| Type of Client | Employment Capacity and Services Rendered |
|---|---|
| Valley Economic Development Corporation | **Chapter 11 CRO and Estate Representative**<br>**Employed by the debtor to liquidate loan portfolio and wind down operations.  Chapter 11 plan confirmed and appointed plan administrator to continue  wind down of the financial affairs of the debtor.** |
| Apparel Manufacturer | **Chapter 11 Trustee**<br>Appointed by the United States Trustee to serve as a Chapter 11 Trustee where there were allegations of fraud and collusion.  Successfully resolved all adversary actions and worked with both the Individual debtor and his affiliated entities to confirm the Chapter 11 plan.  All parties were paid in full, and a surplus was paid to the individual debtor. |
| Ambulance Company | **Chapter 11 Trustee**<br>Appointed by the United States Trustee to serve as Chapter 11 Trustee.  Successfully worked with interested Parties to confirm a Chapter 11 Plan. |
| Multi-unit Residential and Retail Development | Appointed by the United States Trustee to serve as Chapter 11 Trustee.  Worked with the City of El Monte, secured lender and construction contractor to confirm a Chapter 11 Plan. |

**Resume** David K. Gottlieb                                                                                    3

| Hospital | **Chapter 11 and subsequent Chapter 7 Trustee** Appointed by the United States Trustee to serve as a Chapter 11 Trustee of a 155-bed community hospital. Successful evaluation of operations and wind-down of hospital.  Sale of real property and equipment for approximately $23 million, prosecution of avoidance actions and D&O litigation resulting in recoveries of approximately $5 million. |
| --- | --- |
| Hospital | **Accountant and Financial Advisor to Chapter 11 Trustee** Evaluation of operations and finances to assist in wind-down and sale of real property and equipment.  Analysis of all tax issues, use of cash collateral issues, solvency analysis, avoidance actions and litigation support for D&O claims. |
| Hospital | **Accountant to the Debtor and Debtor in Possession** Hired to assist with cash management, budget forecasts and analysis of cash collateral.  Assisted with United States Trustee reporting requirements and compliance. Prepared tax returns. |
| Adult Media | **Chapter 11 Trustee** The primary assets consisted of intellectual property including the iconic Penthouse name.  Successfully operated four divisions for which it licensed and distributed intellectual property which included the broadcast, digital media, publishing and licensing divisions through the liquidation sale of the business. |
| **Type of Client** | **Employment Capacity and Services Rendered** |
| Hospital | **Chapter 7 Trustee** Appointed by the United States Trustee to serve as a Chapter 7 Trustee for a psychiatric hospital treating primarily those with chemical dependencies.  Liquidation of assets, wind down of operations, prosecution of avoidance actions and successful carve out negotiated with secured lender. |
| Hospital | **Plan Administrator** Ensuring all classes of creditors receive payments as outlined in the confirmed Plan of Reorganization. Negotiate with the Internal Revenue Service regarding past-due payroll taxes, the City of Los Angeles regarding past-due business taxes and Debtor's working capital lender regarding pay down of the working capital loan. |
| California Power Exchange | **Interim Chief Executive Officer** Appointed to Board of Directors and selected as the Interim Chief Executive Officer to operate and eventually liquidate the reorganized debtor which was the primary energy trading exchange created by deregulation. Responsible for devising and implementing a plan to staff |

**Resume** David K. Gottlieb                                                                                                          4

and operate the reorganized debtor upon the effective date of the Bankruptcy Plan (April 1, 2003). Recommended and implemented the staffing and compensation plans to efficiently and effectively operate the reorganized debtor.  Other responsibilities include reviewing and disbursing all monies, implementation of cash management system, negotiation and structuring investment relationship with money center bank, semi-annual rate case filings with the Federal Energy Regulatory Commission ("FERC"), daily supervision of staff and IT consultants, responsible for oversight and coordination of all legal matters affecting the reorganized debtor, accounting, negotiation of insurance as well as all other business operations.

| Type of Client | Employment Capacity and Services Rendered |
|---|---|
| Media Buying Company | **Chapter 7 Trustee** <br> Appointed by the United States Trustee to serve a Chapter 7 Trustee.  Evaluation of operations and finances and wind-down of company.  Case currently in progress. |
| Apparel Manufacturer | **Liquidating Trustee** <br> Selected by Debtor to act as Liquidating Trustee.  Settled claims and litigation.  Negotiated financing agreements Liquidated manufacturer's inventory which resulted in a distribution to unsecured creditors of approximately $0.96. |
| Individual Chapter 11 | **Chapter 11 Trustee** <br> Involuntary Chapter 11 Trustee for High Profile Individual and 9 Affiliated Entites <br> Cross border transfer issues and sophisticated litigation in the 9th Circuit Court of Appeals and the California Supreme Court. |
| **Type of Client** | **Employment Capacity and Services Rendered** |
| Fulfillment Company | **Chapter 11 and subsequent Chapter 7 Trustee** <br> Appointed by the United States Trustee to serve as Chapter 11 Trustee of a fulfillment company.  Successful evaluation of operations, wind-down of business, sale of assets and prosecution of avoidance actions. |
| Primary Care Medical Services Provider Organization | **Chapter 11 Examiner and subsequent accountant to the Chapter 7 Trustee** <br> Appointed by the United States Trustee to serve as Examiner in connection with an ongoing Chapter 11 Debtor-in-Possession matter.  Issued a detailed report summarizing the conduct of the debtor and the need for appointment of a trustee. <br> Upon conversion of the case was employed by the Chapter 7 Trustee to perform a wide variety of accounting tasks, including scheduling out potential avoidance actions, reconstruction of books and records and preparation of estate tax returns.. |

**Resume** David K. Gottlieb                                                                                          5

| Hotel | **Chapter 11 and subsequent Chapter 7 Trustee** Appointed by the United States Trustee to serve as Chapter 11 Trustee which was operated and sold for $15 million. |
| --- | --- |
| Hotel | **Chapter 11 Trustee** Appointed by the United States Trustee to serve as Chapter 11 Trustee to three residential hotels which Were operated and sold for $9.8 million. |
| Apparel manufacturer | **Chapter 7 Trustee** Appointed by the United States Trustee upon election by creditors to serve as Chapter 7 Trustee in connection with negotiating $1.5 million settlement with secured lender and debtor's stockholders. |
| Nightclub | **Chapter 11 Trustee** Appointed by the United States Trustee to serve as Chapter 11 Trustee in connection with operating nightclub.  Negotiated settlement between landlord, debtor and other interested parties. |
| Real estate developer | **Examiner** Appointed by the United States Trustee to serve as an Examiner in connection with an ongoing Chapter 11 Debtor-in-Possession matter. Issued a detailed report summarizing the conduct of the debtor and the need for appointment of a trustee. |

| **Type of Client** | **Employment Capacity and Services Rendered** |
| --- | --- |
| Importer | **Examiner** Appointed by the United States Trustee to serve as Examiner in connection with an ongoing individual debtor-in-possession matter.  Issued detailed report leading to parties agreeing to settle and confirm plan of reorganization. |
| Entertainment Executive | **Chapter 11 Trustee** Appointed by the United States Trustee to serve as Chapter 11 Trustee in connection with individual Debtor involved as a co-debtor in an appeal of a multimillion dollar judgment.  Trustee safeguarded assets and performed forensic investigation until case was dismissed and settlement reached with all parties. |
| Media Buying Broker | **Chapter 11 and subsequent Ch. 7 Trustee** Appointed by the United States Trustee to serve as Chapter 11 Trustee.  Determined conversion was necessary and was subsequently re-appointed in the capacity of Chapter 7 Trustee. Negotiated compromise of controversy with secured creditor and purchaser. |

**Resume** David K. Gottlieb                                                                                      6

| | |
|---|---|
| Real estate holding company | **Accountant for Receiver**<br>Assist Trustee and his counsel with plans and related family partnership of reorganization and disclosure statements, including cash flow statements and liquidation analyses.  Assist with insider preference analyses. |
| Multi-affiliate financial services Company | **Accountant for Creditors' Committee**<br>Assist counsel for creditors' committee with fraudulent conveyance and insider preference analysis, asset search, preparation of combined financial statements, expert witness testimony. |
| Publicly held national campground company | **Accountant to Creditors' Committee**<br>Assist counsel for creditors' committee with analysis of plan of reorganization, financial statement preparation and insider activity analysis. |
| Multi-affiliate thoroughbred finance corporation | **Accountant to Creditors and Certain Equity Holders**<br>Assisted certain petitioning creditors in involuntary proceeding with reconstruction of claims, solvency analysis. Expert witness testimony. |
| Credit Union Service Organization (Mortgage Banker owned by Credit Unions) | **Accountant to Debtor**<br>Assisted company in reconstruction of records and liquidation of assets.  Expert transactional witness in major litigation against national accounting firm. |

| **Type of Client** | **Employment Capacity and Services Rendered** |
|---|---|
| Distributor of Goods to Gas Stations and Convenience Stores | **Examiner**<br>Appointed by the United States Trustee to serve as Examiner to investigate business operations of Chapter 11 wholesaler and the potential improper transfer of assets of the estate.  Prepared extensive report which included a recommendation to appoint a trustee. |
| Equine Rescue and Sanctuary | **Examiner**<br>Appointed by the United States Trustee to serve as Examiner in connection with a non-profit public benefit corporation.  Investigated inadequate management and maintenance of financial records as well as potential alter ego.  Prepared extensive report recommending the appointment of a trustee. |
| Real Estate Investor/Developer | **Examiner**<br>Appointed by the United States Trustee to serve as Examiner to investigate the debtor's complex holdings |

**Resume** David K. Gottlieb                                                                                        7

|  |  |
|---|---|
|  | in several affiliated companies which primarily invested in a real estate development in san Diego. Also, performed an extensive investigation related to community vs. separate property issues. |
| Wholesale Distributor of Computers And related accessories | **Representative to Disbursing Agent** Responsible for distributions in accordance with plan of reorganization, prosecution of avoidance actions and orderly liquidation of estate. |
| Manufacturer of Storage Products for CD-R, CD-RW and DVD's | **Disbursing Agent** Prosecution of avoidance actions and liquidation of estate. |
| Manufacturer of Fiber-Optic Lighting Systems | **Disbursing Agent** Prosecution of avoidance actions and liquidation of estate. |
| Municipality | **Accountant for Lessor** Evaluated multi-million dollar claim and provided litigation support to substantiate the amount of filed claim. Performed forensic accounting of insider transaction leading to settlement with estate |
| Apparel retailer | **Accountant to Creditors' Committee** Assist counsel for creditors' committee with attaining accurate financial condition as of date of filing and preparation of ordinary course study to assist counsel with preference litigation. |

| Type of Client | Employment Capacity and Services Rendered |
|---|---|
| Retail franchisor | **Accountant to Creditors' Committee** Assist counsel for creditors' committee with and franchisee business valuation and successful sale of business assets substantially in excess of debtor-in-possession's initial offer. |
| Professional Employer Organization | **Examiner** Appointed by the United States Trustee to serve as Examiner in connection with three consolidated Chapter 11 cases. Analyzed sources and uses of cash, operations and unpaid tax obligations.  Report filed recommending the appointment of a Trustee. |
| Apparel manufacturer | **Accountant to Creditors' Committee and subsequent Liquidating Trustee** Assisted counsel for creditors' committee with attaining accurate financial condition as of the date of filing, plan of reorganization and disclosure statement and analysis of potential litigation against regional accounting firm. Served as accountant for liquidating agent after confirmation of |

**Resume** David K. Gottlieb                                                                                           8

<table>
<tr><td></td><td>plan and subsequently appointed successor liquidating agent.</td></tr>
<tr><td>Fish cannery</td><td>**Accountant for Liquidating Trustee**<br>Assist liquidating trustee and his counsel with reconstruction and analysis of claims, fraudulent conveyance analysis and mediation.</td></tr>
<tr><td>Staff Leasing/Payroll Services<br>for the Global Entertainment Industry</td><td>**Accountant to Chapter 7 Trustee**<br>Worked closely with the Chapter 7 Trustee and his bankruptcy and special counsel (four separate law firms) Performed a forensic accounting involving 37 Debtor entities which controlled a total of 69 with revenues in excess of $1.8 billion. The Debtors served as the Employer of Record and paying agent for companies engaged in feature film, television and cable, commercials and other productions, including theater and other live venues.  Advised Trustee regarding complex tax issues. Performed accounting reconstruction of a seven-year period involving approximately 225 bank accounts and provided accounting investigation and litigation support to pursue complex litigation claims each potentially involving tens of millions of dollars which consisted of numerous avoidance actions against insiders and others; litigation with the insurance carriers for claims against the various directors and officers, errors and omissions and crime policies;  negligence and other malpractice claims against the former financial statement auditors; and, claims against the former lender.  The reconstruction involved the forensic electronic data capture and imaging of hundreds of servers and the review of more than 5,000 boxes of Debtor records.</td></tr>
</table>

# SUPPLEMENTAL PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Submission Of Proposed Supplement To Disclosure Statement Describing Debtor's Chapter 11 Plan (Dated April 10, 2026)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *May 15, 2026* I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender    rb@lnbyg.com**
- **Anthony Bisconti    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com**
- **Sunil A Brahmbhatt    sunillaw@yahoo.com, G22121@notify.cincompass.com**
- **Michael D Breslauer    mbreslauer@swsslaw.com, sdurazo@swsslaw.com**
- **Katherine Bunker    kate.bunker@usdoj.gov**
- **Robert Carrasco    rmc@lnbyg.com, rmc@lnbyg.com**
- **Lisa R Chandler    lisa.chandler@ipfs.com**
- **Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com**
- **Elan S Levey    elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov**
- **Krikor J Meshefejian    kjm@lnbyg.com**
- **David Mincin    cburke@mincinlaw.com, dmincin@lawlasvegas.com**
- **Kenneth Misken    Kenneth.M.Misken@usdoj.gov**
- **Christine Relph    chris.relph@rctlaw.net**
- **Allan D Sarver    ADS@asarverlaw.com**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**
- **Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com**

**2.  SERVED BY UNITED STATES MAIL**:  On *May 15, 2026,* I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

Honorable Victoria S. Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

**2. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 15, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                        **F 9013-3.1.PROOF.SERVICE**

follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 15, 2026 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                          **F 9013-3.1.PROOF.SERVICE**