RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM

Attorneys for Chapter 11 Debtor and Debtor in Possession



FILED & ENTERED

MAY 21 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

In re:

OSTENDO TECHNOLOGIES, INC.,
a California corporation,

Debtor and Debtor in Possession

Case No.: 1:25-bk-11111-VK

Chapter 11 Case

**ORDER APPROVING DISCLOSURE STATEMENT DESCRIBING DEBTOR'S CHAPTER 11 PLAN (DATED APRIL 10, 2026) AND SUPPLEMENT THERETO**

Disclosure Statement Hearing:
DATE:        May 20, 2026
TIME:        1:00 p.m.
PLACE:      Courtroom 301
                  21041 Burbank Blvd.
                  Woodland Hills, CA 91367

On May 20, 2026, at 1:00 p.m., the Court held a hearing to consider the *Disclosure Statement Describing Debtor's Chapter 11 Plan (Dated April 10, 2026)* ("Disclosure Statement") filed with the Court on April 10, 2026 as Docket No. 301, and the *Supplement To Disclosure Statement Describing Debtor's Chapter 11 Plan (Dated April 10, 2026)* ("Supplement") attached as Exhibit 1 to the *Debtor's Submission Of Proposed Supplement To Disclosure Statement Describing Debtor's Chapter 11 Plan (Dated April 10, 2026)* filed with the Court on May 15, 2026 as Docket No. 316, by Ostendo Technologies, Inc. (the "Debtor"), the

1

chapter 11 debtor and debtor in possession in the above-captioned bankruptcy case. Appearances were as set forth in the Court's record.

The Court, having read and considered the Disclosure Statement and the Supplement, and having found that the Disclosure Statement and the Supplement together contain "Adequate information" as that term is defined in Section 1125(a)(1) of the Bankruptcy Code, and other good cause appearing, hereby orders as follows:

1.      The Disclosure Statement and Supplement are approved, and all objections to the Disclosure Statement are overruled.  The Debtor is authorized to file with the Court a version of the Disclosure Statement that contains the dates and deadlines provided in this Order, and serve that version of the Disclosure Statement as provided in this Order.  The Debtor is also authorized to file with the Court the Supplement and serve the as-filed Supplement as provided in this Order.

2.      The hearing for the Court to consider the confirmation of the *Debtor's Chapter 11 Plan (Dated April 10, 2026)* ("Plan"), filed with the Court on April 10, 2026 as Docket No. 302, will be held on July 29, 2026, at 1:00 p.m.  The Debtor is authorized to file with the Court a version of the Plan that contains the dates and deadlines provided in this Order, and serve that version of the Plan as provided in this Order.

3.      By no later than May 27, 2026, the Debtor must mail the Disclosure Statement, the Supplement, the Plan, ballots for acceptance or rejection of the Plan and file and serve notice of: (1) the confirmation hearing, and (2) the deadlines to return completed ballots to the Debtor's counsel and to file objections to confirmation of the Plan.  The Debtor must serve the notice and the other materials (with the exception of the ballots, which should be sent only to creditors in impaired classes) on all creditors, parties who have requested special notice and the Office of the United States Trustee.

4.      The deadline to return completed ballots to the Debtor's counsel is June 17, 2026.

5.      The deadline for the Debtor to file and serve the Debtor's brief and evidence, including declarations, in support of confirmation, is June 24, 2026.  Among other things, the Debtor's brief must address whether the requirements for confirmation set forth in 11 U.S.C. §

2

1129 are satisfied.  These materials must be served on the United States Trustee and any creditor which returns a ballot rejecting the Plan.

6.    The deadline to file and serve any objections to confirmation of the Plan is July 1, 2026.

7.    The deadline to file and serve a reply to any objections to confirmation of the Plan is July 15, 2026.

**IT IS SO ORDERED**.

### #

Date: May 21, 2026

Victoria S. Kaufman
United States Bankruptcy Judge

3