RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM

Counsel for Chapter 11 Debtor and Debtor in Possession

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>OSTENDO TECHNOLOGIES, INC.<br>a California corporation,<br><br>Debtor and Debtor in Possession. | Case No.: 1:25-bk-11111-VK<br><br>Chapter 11 Case<br><br>**NOTICE OF HEARING FOR THE COURT TO CONSIDER CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN (DATED APRIL 10, 2026) AND RELATED DEADLINES**<br><br>**Hearing Schedule:**<br>Date:           July 29, 2026<br>Time:          1:00 p.m.<br>Place:         Courtroom 301<br>                   21041 Burbank Blvd.<br>                   Woodland Hills, CA 91367 |

**PLEASE TAKE NOTICE** that the Court will hold a hearing on July 29, 2026, at 1:00 p.m. (Pacific time) in Courtroom 301 of the United States Bankruptcy Court for the Central District of California – San Fernando Valley Division, located at 21041 Burbank Blvd., Woodland Hills, CA 91367, to consider approval of the *Debtor's Chapter 11 Plan (Dated April 10, 2026)* ("Plan") filed by Ostendo Technologies, Inc., the debtor and debtor in possession in the above-referenced chapter 11 case (the "Debtor").

**PLEASE TAKE FURTHER NOTICE** that, if you are entitled to vote on the Plan, **June 17, 2026 is the deadline to return completed ballots voting to accept or reject the Plan** to the Debtor's bankruptcy counsel whose contact information is located on the upper-left hand corner of the first page of this Notice.

1

**PLEASE TAKE FURTHER NOTICE** that <u>**July 1, 2026 is the deadline to file and serve any objections to confirmation of the Plan**</u>.

**PLEASE TAKE FURTHER NOTICE** that Judge Kaufman has resumed in-person hearings. However, parties in interest (and their counsel) may continue to participate in most hearings, including the hearing on the Motion, remotely using ZoomGov audio and video. **Any attorney or party in interest who makes an appearance on the record, via ZoomGov, must appear by video.** Unless otherwise ordered by Judge Kaufman, no party or witness may appear remotely for any trial or evidentiary hearing.

**MEMBERS OF THE PUBLIC AND THE PRESS MAY ONLY CONNECT TO THE ZOOM AUDIO FEED, AND ONLY BY TELEPHONE. ACCESS TO THE VIDEO FEED BY THESE INDIVIDUALS IS PROHIBITED. IN THE CASE OF A TRIAL OR EVIDENTIARY HEARING, NO AUDIO ACCESS WILL BE PROVIDED. HOWEVER, MEMBERS OF THE PUBLIC AND THE PRESS MAY OBSERVE SUCH PROCEEDINGS IN PERSON.**

The following instructions will apply to the ZoomGov hearing on the requests for relief summarized above:

Meeting Information: **July 29, 2026, at 1:00 p.m.**

Meeting URL: https://cacb.zoomgov.com/j/1655296612

Meeting ID: 165 529 6612

Password: 327818

Join by Telephone: 1-669-254-5252 or 1-646-828-7666

Meeting ID: 165 529 6612

Password: 327818

Hearing participants and members of the public may view and listen to the hearing through ZoomGov **free of charge**. Individuals may connect by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone). Neither a Zoom nor a ZoomGov account is necessary to participate and no pre-registration is required.

The audio portion of each hearing will be recorded electronically by the Court and constitute its official record.

All persons (other than Court staff creating the official record of the hearing) are strictly prohibited from making any audio or video recording of the proceedings.

Dated: May 27, 2026

OSTENDO TECHNOLOGIES, INC.

By:   */s/ Krikor J. Meshefejian*
RON BENDER
KRIKOR J. MESHEFEJIAN
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
Counsel for Chapter 11 Debtor and Debtor in Possession

3

**SUPPLEMENTAL PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): **Notice Of Hearing For The Court To Consider Confirmation Of Debtor's Chapter 11 Plan (Dated April 10, 2026)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ***May 27, 2026*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Bender    rb@lnbyg.com
- Anthony Bisconti    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- Sunil A Brahmbhatt    sunillaw@yahoo.com, G22121@notify.cincompass.com
- Michael D Breslauer    mbreslauer@swsslaw.com, sdurazo@swsslaw.com
- Katherine Bunker    kate.bunker@usdoj.gov
- Robert Carrasco    rmc@lnbyg.com, rmc@lnbyg.com
- Lisa R Chandler    lisa.chandler@ipfs.com
- Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Elan S Levey    elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- Krikor J Meshefejian    kjm@lnbyg.com
- David Mincin    cburke@mincinlaw.com, dmincin@lawlasvegas.com
- Kenneth Misken    Kenneth.M.Misken@usdoj.gov
- Christine Relph    chris.relph@rctlaw.net
- Allan D Sarver    ADS@asarverlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

**2.  SERVED BY UNITED STATES MAIL**:  On ***May 27, 2026,*** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Victoria S. Kaufman
USBC – Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 27, 2026 | Rebecka Merritt | */s/ Rebecka Merritt* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**